Betty McROBERTS, Plaintiff–
Respondent,

v.

Gene McROBERTS, Respondent–
Appellant.

No. 60632.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 14, 1992.

Rehearing Denied May 12, 1992.

Roger M. Hibbits, Clayton, for appellant.

Susan Hais, St. Louis, for respondent.

ORDER

PER CURIAM.

Gene McRoberts appeals from a decree of dissolution of his marriage to Betty McRoberts. The decree is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. A written opinion would have no precedential value.

The decree of the trial court is affirmed. Rule 84.16(b). The motion of Betty McRoberts for damages under Rule 84.19 for a frivolous appeal is denied.